# Exhibit  A



US0D1048624S

(12) **United States Design Patent**  (10) Patent No.: **US D1,048,624 S**
Ramos Medina et al.  (45) Date of Patent: ** Oct. 22, 2024

(54) **CLEANING WIPE**

(71) Applicant: **The Procter & Gamble Company**, Cincinnati, OH (US)

(72) Inventors: **Nayda Liz Ramos Medina**, Green Township, OH (US); **Brian Lee Keith**, Hamersville, OH (US); **Nicola John Policicchio**, Mason, OH (US); **Agnes Elaine Wells**, Cincinnati, OH (US); **Terra Louise Dent**, Cincinnati, OH (US)

(73) Assignee: **The Procter & Gamble Company**, Cincinnati, OH (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/855,682**

(22) Filed: **Oct. 6, 2022**

(51) **LOC (14) Cl.** ............................................. **07-05**

(52) **U.S. Cl.**
USPC ........................................................ **D32/40**

(58) **Field of Classification Search**
USPC ................................... D32/31, 35, 40, 43, 50
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,896,518 A * 7/1975 Von Post .............. A47L 13/312
15/104.94
5,116,151 A * 5/1992 Lytton ....................... A47L 4/00
15/210.1

(Continued)

FOREIGN PATENT DOCUMENTS

JP                D1491990        *   3/2014

OTHER PUBLICATIONS

Rubbermaid Hygen Microfiber Mop, Amazon first available 2015, site visited Jun. 3, 2024, https://www.amazon.com/RUBBERMAID-HYGEN-Microfiber-Mopping-System/dp/B016LU0RFK/.*

(Continued)

*Primary Examiner* — John R Yeh

(74) *Attorney, Agent, or Firm* — Gary J. Foose

(57) **CLAIM**

The ornamental design for a cleaning wipe as shown and described.

**DESCRIPTION**

FIG. **1** is a top view of an embodiment of the cleaning wipe;
FIG. **2** is a side view of the cleaning wipe of FIG. **1**;
FIG. **3** is a bottom view of the cleaning wipe of FIG. **1**;
FIG. **4** is a side view of the cleaning wipe of FIG. **1** opposite the side view of FIG. **2**;
FIG. **5** is an end view the cleaning wipe of FIG. **1**; and
FIG. **6** is an end view of the cleaning wipe of FIG. **1** opposite the end view of FIG. **5**;
FIG. **7** is a top view of an embodiment of the cleaning wipe;
FIG. **8** is a side view of the cleaning wipe of FIG. **7**;
FIG. **9** is a bottom view of the cleaning wipe of FIG. **7**;
FIG. **10** is a side view of the cleaning wipe of FIG. **7** opposite the side view of FIG. **8**;
FIG. **11** is an end view the cleaning wipe of FIG. **7**; and
FIG. **12** is an end view of the cleaning wipe of FIG. **7** opposite the end view of FIG. **11**;
FIG. **13** is a perspective view of an embodiment of the cleaning wipe;
FIG. **14** is a top view of the cleaning wipe of FIG. **13**;
FIG. **15** is a side view of the cleaning wipe of FIG. **13**;
FIG. **16** is a bottom view of the cleaning wipe of FIG. **13**;
FIG. **17** is a side view of the cleaning wipe of FIG. **13** opposite the side view of FIG. **15**;
FIG. **18** is an end view the cleaning wipe of FIG. **13**; and
FIG. **19** is an end view of the cleaning wipe of FIG. **13** opposite the end view of FIG. **18**;
FIG. **20** is a perspective view of an embodiment of the cleaning wipe;
FIG. **21** is a top view of the cleaning wipe of FIG. **20**;
FIG. **22** is a side view of the cleaning wipe of FIG. **20**;
FIG. **23** is a bottom view of the cleaning wipe of FIG. **20**;
FIG. **24** is a side view of the cleaning wipe of FIG. **20** opposite the side view of FIG. **22**;
FIG. **25** is an end view the cleaning wipe of FIG. **20**; and,
FIG. **26** is an end view of the cleaning wipe of FIG. **20** opposite the end view of FIG. **25**.

(Continued)





## US D1,048,624 S

Page 2

The broken lines illustrate structure or features that form no part of the claimed design.

The dot-dash broken lines define the bounds of the claimed design and form no part thereof.

The gray shading illustrates color contrast, not surface ornamentation or a particular color.

**1 Claim, 14 Drawing Sheets**

(58) **Field of Classification Search**
CPC ......... B32B 3/04; A47L 9/2805; A47L 9/0673
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D365,181 S | * | 12/1995 | Gray | D32/50 |
| D384,209 S | * | 9/1997 | Driggers | D4/137 |
| D421,514 S | * | 3/2000 | Camp, Jr. | D32/40 |
| D447,298 S | * | 8/2001 | Swoboda | D32/40 |
| D447,299 S | * | 8/2001 | Denney | D32/40 |
| 7,191,486 B1 | * | 3/2007 | Michelson | A47L 13/20 |
| | | | | 15/228 |
| D560,868 S | * | 1/2008 | So | D32/40 |
| 7,841,039 B1 | * | 11/2010 | Squire | A47L 13/44 |
| | | | | 15/228 |
| D632,859 S | * | 2/2011 | Firouzman | D32/43 |
| D636,136 S | * | 4/2011 | Hoyle | D32/40 |
| D642,759 S | * | 8/2011 | Otsuka | D32/40 |
| D698,110 S | * | 1/2014 | Wanger | D32/40 |
| D770,714 S | * | 11/2016 | Troger | D32/50 |
| 10,582,697 B2 | * | 3/2020 | O'Donnell | A01K 15/025 |
| 10,655,257 B2 | * | 5/2020 | Ashraf | D04H 3/03 |
| D890,444 S | * | 7/2020 | O'Donnell | D30/121 |
| D974,687 S | * | 1/2023 | Metzel | D32/50 |
| 2005/0246851 A1 | * | 11/2005 | Cline | A47L 13/20 |
| | | | | 15/228 |
| 2006/0143847 A1 | * | 7/2006 | Vinson | A47L 13/16 |
| | | | | 15/227 |
| 2007/0074364 A1 | * | 4/2007 | Glaug | A47L 13/20 |
| | | | | 15/228 |
| 2011/0041274 A1 | * | 2/2011 | Ogale | A47L 13/38 |
| | | | | 156/72 |
| 2012/0042467 A1 | * | 2/2012 | Mandhai | B32B 27/34 |
| | | | | 15/209.1 |
| 2015/0128364 A1 | * | 5/2015 | Dooley | A47L 13/16 |
| | | | | 15/98 |
| 2016/0183757 A1 | * | 6/2016 | Xu | B08B 1/00 |
| | | | | 15/209.1 |
| 2017/0258650 A1 | * | 9/2017 | Rosati | D04H 1/42 |
| 2021/0162091 A1 | * | 6/2021 | Swamy | A61L 15/20 |

### OTHER PUBLICATIONS

Amerwash mop pad, Amazon reviews 2023, site visited Aug. 26, 2024, https://www.amazon.com/AMERWASH-PLUS-Microfiber-Replacement-Reusable/dp/B08N6NQNXC?source=ps-sl-shoppingads-lpcontext&ref_=fplfs&psc=1&smid=A2YWA2C2TE1YD.*

* cited by examiner

FIG. 1

FIG. 2

Case: 1:26-cv-05240 Document #: 1-1 Filed: 05/06/26 Page 5 of 31 PageID #:12



FIG. 3

FIG. 4



FIG. 5



FIG. 6

FIG. 7

FIG. 8

FIG. 9

FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14

FIG. 15



FIG. 16

FIG. 17



FIG. 18



FIG. 19



FIG. 20

FIG. 21

FIG. 22



FIG. 23

FIG. 24



FIG. 25



FIG. 26

# Exhibit B

2026年2月25日
## Notice: Policy Warning

amazon

Hello,

Some of your Amazon.com listings have been deactivated due to a report of patent infringement. Review the following for details of affected listings and next steps.

ASIN: B0DMW8313V, B0DK7B756Y, B0DMVXCW5R, B0DD3LV9HS, B0FCBJYRVY, B0D7P85STG, B0D7P32S98 , B0D862VJX6, B0FLDLQ64W, B0DC9KPCNN, B0D73DTT34, B0DXK74TN6, B0DXJQW3GB

Why did this happen?
We are taking this action because we received a report from a rights owner that your listings may infringe their patent.

To learn more, go to our "Intellectual Property Policy for Sellers" help page:
https://sellercentral.amazon.com/gp/help/external/201361070

Have your listings been deactivated in error?
To request the reactivation of your listings, complete one of the following actions by selecting "Submit appeal" next to the violation in your Account Health page:
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa

A. Submit a letter of authorization or licensing agreement from the rights owner with:
Business Details:
-- Rights owner's name and address
-- Your name and address (matching your seller account)

Authorization Details:
-- Specific intellectual property being authorized
-- Products or ASINs covered
-- Permission scope and usage rights
-- Valid dates for authorization
-- Permission to produce or distribute products

B. Submit an invoice from the supplier along with the letter of authorization:
-- Including the supplier name and complete address
-- Showing invoices covering 90% of sales volume
-- Dated before notice submission
-- Detailing your business name and address. If you are operating under a different name, include a "Doing Business As" document with:
--> Complete supplier details with a verification method like a website link or GTIN number
--> Clear product identification such as model numbers, SKUs, or manufacturer part numbers
Note: For electronics, the identification number in the invoice must match the correct country version, that is US or international as listed.

C. Submit legal documentation including a court order rejecting infringement of the right owner's rights, a temporary restraining order, an injunction, or an affidavit and a non-infringement letter from legal counsel.

To expedite approval, consider the following:
-- If you are working with multiple suppliers, obtain separate letters of authorization for each brand.
-- If you are doing business under a different name, submit a "Doing Business As" document. The details must match your selling account information.
-- Future submissions must address all identified issues to be considered valid.

What happens if I don't take these actions?
To ensure compliance with intellectual property laws, these listings will remain deactivated unless you show this was an error or obtain a retraction from the rights owner. This violation will affect your Account Health Rating and stay on your Account Health page for 180 days unless successfully disputed. Deleting the listings does not resolve the violation. For Fulfillment by Amazon sellers, inventory may be disposed of after 60 days per "Required removals":
https://sellercentral.amazon.com/help/hub/reference/external/202000820

Complaint Details
-----------------------
Rights owner: The Procter and Gamble Company
Contact email: brandintegrity.im@pg.com
Infringement type: Patent
Complaint ID: 19544542481
Patent number: D1048624S
-----------------------

We're here to help
To learn what constitutes patent infringement and how to ensure compliance, visit the
"Patent" section of our "Intellectual Property Policy for Sellers" help page:
https://sellercentral.amazon.com/gp/help/external/201361070

For specific requirements about formatting and submitting authorization
documentation, go to our "Letter of Authorization" help page:
https://sellercentral.amazon.com/help/hub/reference/external/GUF78PCXAMHDY2A6

If you have additional questions, contact Selling Partner Support:
https://sellercentral.amazon.com/help/center

Amazon Services
Amazon.com

2026年2月7日
**Notice: Policy Warning**

amazon

Hello,

Some of your Amazon.com listings have been deactivated due to a report of patent infringement. Review the following for details of affected listings and next steps.

ASIN: B0D73D2V6J, B0DC9NWSTJ

Why did this happen?
We are taking this action because we received a report from a rights owner that you listings may infringe their patent.

To learn more, go to our "Intellectual Property Policy for Sellers" help page:
https://sellercentral.amazon.com/gp/help/external/201361070

Have your listings been deactivated in error?
To request the reactivation of your listings, complete one of the following actions by selecting "Submit appeal" next to the violation in your Account Health page:
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa

A. Submit a letter of authorization or licensing agreement from the rights owner with Business Details:
-- Rights owner's name and address
-- Your name and address (matching your seller account)

Authorization Details:
-- Specific intellectual property being authorized
-- Products or ASINs covered
-- Permission scope and usage rights
-- Valid dates for authorization
-- Permission to produce or distribute products

B. Submit an invoice from the supplier along with the letter of authorization:
-- Including the supplier name and complete address
-- Showing invoices covering 90% of sales volume
-- Dated before notice submission
-- Detailing your business name and address. If you are operating under a different name, include a "Doing Business As" document with:
--> Complete supplier details with a verification method like a website link or GTIN number
--> Clear product identification such as model numbers, SKUs, or manufacturer par numbers
Note: For electronics, the identification number in the invoice must match the correc country version, that is US or international as listed.

C. Submit legal documentation including a court order rejecting infringement of the right owner's rights, a temporary restraining order, an injunction, or an affidavit and non-infringement letter from legal counsel.

To expedite approval, consider the following:
-- If you are working with multiple suppliers, obtain separate letters of authorization for each brand.
-- If you are doing business under a different name, submit a "Doing Business As" document. The details must match your selling account information.
-- Future submissions must address all identified issues to be considered valid.

What happens if I don't take these actions?
To ensure compliance with intellectual property laws, these listings will remain deactivated unless you show this was an error or obtain a retraction from the rights owner. This violation will affect your Account Health Rating and stay on your Accour Health page for 180 days unless successfully disputed. Deleting the listings does no resolve the violation. For Fulfillment by Amazon sellers, inventory may be disposed after 60 days per "Required removals":
https://sellercentral.amazon.com/help/hub/reference/external/202000820

Complaint Details
-------------------------
Rights owner: The Procter and Gamble Company
Contact email: brandintegrity.im@pg.com
Infringement type: Patent
Complaint ID: 19127106541
Patent number: D1048624S
-------------------------

We're here to help
To learn what constitutes patent infringement and how to ensure compliance, visit th
"Patent" section of our "Intellectual Property Policy for Sellers" help page:
https://sellercentral.amazon.com/gp/help/external/201361070

For specific requirements about formatting and submitting authorization
documentation, go to our "Letter of Authorization" help page:
https://sellercentral.amazon.com/help/hub/reference/external/GUF78PCXAMHDY2/

If you have additional questions, contact Selling Partner Support:
https://sellercentral.amazon.com/help/center

Amazon Services
Thank you, Amazon.com

**Report an issue with this email**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2026 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-87963119083538

2026年2月7日
**Notice: Policy Warning**

amazon

Hello,

Some of your Amazon.com listings have been deactivated due to a report of patent infringement. Review the following for details of affected listings and next steps.

ASIN: B0G1LMK6VL

Why did this happen?
We are taking this action because we received a report from a rights owner that you listings may infringe their patent.

To learn more, go to our "Intellectual Property Policy for Sellers" help page:
https://sellercentral.amazon.com/gp/help/external/201361070

Have your listings been deactivated in error?
To request the reactivation of your listings, complete one of the following actions by selecting "Submit appeal" next to the violation in your Account Health page:
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa

A. Submit a letter of authorization or licensing agreement from the rights owner with Business Details:
-- Rights owner's name and address
-- Your name and address (matching your seller account)

Authorization Details:
-- Specific intellectual property being authorized
-- Products or ASINs covered
-- Permission scope and usage rights
-- Valid dates for authorization
-- Permission to produce or distribute products

B. Submit an invoice from the supplier along with the letter of authorization:
-- Including the supplier name and complete address
-- Showing invoices covering 90% of sales volume
-- Dated before notice submission
-- Detailing your business name and address. If you are operating under a different name, include a "Doing Business As" document with:
--> Complete supplier details with a verification method like a website link or GTIN number
--> Clear product identification such as model numbers, SKUs, or manufacturer part numbers
Note: For electronics, the identification number in the invoice must match the correct country version, that is US or international as listed.

C. Submit legal documentation including a court order rejecting infringement of the right owner's rights, a temporary restraining order, an injunction, or an affidavit and a non-infringement letter from legal counsel.

To expedite approval, consider the following:
-- If you are working with multiple suppliers, obtain separate letters of authorization for each brand.
-- If you are doing business under a different name, submit a "Doing Business As" document. The details must match your selling account information.
-- Future submissions must address all identified issues to be considered valid.

What happens if I don't take these actions?
To ensure compliance with intellectual property laws, these listings will remain deactivated unless you show this was an error or obtain a retraction from the rights owner. This violation will affect your Account Health Rating and stay on your Account Health page for 180 days unless successfully disputed. Deleting the listings does not resolve the violation. For Fulfillment by Amazon sellers, inventory may be disposed after 60 days per "Required removals":
https://sellercentral.amazon.com/help/hub/reference/external/202000820

Complaint Details
------------------------
Rights owner: The Procter and Gamble Company
Contact email: brandintegrity.im@pg.com
Infringement type: Patent
Complaint ID: 19127106541
Patent number: D1048624S
------------------------

We're here to help
To learn what constitutes patent infringement and how to ensure compliance, visit th
"Patent" section of our "Intellectual Property Policy for Sellers" help page:
https://sellercentral.amazon.com/gp/help/external/201361070

For specific requirements about formatting and submitting authorization
documentation, go to our "Letter of Authorization" help page:
https://sellercentral.amazon.com/help/hub/reference/external/GUF78PCXAMHDY2/

If you have additional questions, contact Selling Partner Support:
https://sellercentral.amazon.com/help/center

Amazon Services
Thank you, Amazon.com

**!** **Report an issue with this email**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2026 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-439806837875478

2026年4月16日
## Your Amazon.com seller listings have been removed

amazon

尊敬的 XUNWUKUN-US：您好！

由于收到专利侵权举报，您在 Amazon.com 销售的部分商品已被停售。请查看以下内容，了解受影响商品和后续步骤的详情。

ASINs：B0DQL1Q8C1、B0DQKV3NWQ、B0FRS7F6KG、B0D2GTQYQZ、B0DQKW4VBK、B0FRSB244V

为什么会发生这种情况？
我们之所以采取此措施，是因为收到了权利所有者的举报，称您的商品涉嫌侵犯其专利。

要了解更多信息，请参阅我们的"卖家知识产权政策"帮助页面：
https://sellercentral.amazon.com/gp/help/external/201361070

您的商品是否被错误停售？
要请求重新启售您的商品，请在您的"账户状况"页面中选择违规行为旁边的"提交申诉"，完成以下操作之一：
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa

A. 提交权利所有者的授权书或许可协议，并提供：
企业详情：
-- 权利所有者的名称和地址
-- 您的姓名和地址（与您的卖家账户相符）

授权详情：
-- 被授权的具体知识产权
-- 涵盖的商品或 ASIN
-- 权限范围和使用权
-- 授权的有效日期
-- 生产或分销商品的权限

B. 提交权利所有者或制造商开具的发票以及符合以下要求的授权书：
-- 包括供应商名称和完整地址
-- 显示涵盖 90% 销量的发票
-- 日期早于通知提交日期
-- 详细说明您的公司名称和地址。如果您使用不同的名称开展业务，请提供"注册经营别称"文件，并提供：
--> 完整的供应商详情，包括网站链接或 GTIN 等验证方法
--> 清晰的商品编码，如型号、SKU 或制造商零件编号

授权详情：
-- 被授权的具体知识产权
-- 涵盖的商品或 ASIN
-- 权限范围和使用权
-- 授权的有效日期
-- 生产或分销商品的权限

B. 提交权利所有者或制造商开具的发票以及符合以下要求的授权书：
-- 包括供应商名称和完整地址
-- 显示涵盖 90% 销量的发票
-- 日期早于通知提交日期
-- 详细说明您的公司名称和地址。如果您使用不同的名称开展业务，请提供"注册经营别称"文件，并提供：
--> 完整的供应商详情，包括网站链接或 GTIN 等验证方法
--> 清晰的商品编码，如型号、SKU 或制造商零件编号
注意：对于电子产品，发票中的识别码必须与正确的国家/地区版本相符，即所列的美国或国际版本。

C. 提交法律文件，包括驳回权利所有者侵权主张的法院命令、临时限制令、禁令或宣誓书，以及法律顾问出具的未侵权证明。

要加快审批，请考虑以下事项：
-- 如果您与多个供应商合作，请为每个品牌获取单独的授权书。
-- 如果您使用不同的名称开展业务，请提交"注册经营别称"文件。详情必须与您的卖家账户信息一致。
-- 将来提交的信息必须解决所有已确定的问题，才能被视为有效。

如果我未采取上述措施，会怎么样？
为确保遵守知识产权法，这些商品将一直处于停售状态，除非您证明这是错误或者权利所有者已撤回诉求。此违规行为将影响您的账户状况评级，除非成功提出异议，否则将在"账户状况"页面上保留 180 天。删除商品并不能解决违规问题。对于亚马逊物流卖家，根据"按要求移除"，库存可能会在 60 天后被弃置：
https://sellercentral.amazon.com/help/hub/reference/external/202000820

投诉详情
----------------------
权利所有者：Procter & Gamble
联系邮箱：brandintegrity.im@pg.com
侵权类型：专利
投诉编号：19630441241
专利号：D1048624S
----------------------

我们会随时提供帮助
要了解哪些行为构成专利侵权以及如何确保合规性，请参阅我们的"卖家知识产权政策"帮助页面的"专利"部分：
https://sellercentral.amazon.com/gp/help/external/201361070

# Exhibit  C

EXHIBIT C
Non-Exhaustive List of ASINs Affected by Defendant's Amazon IP Complaints

The following is a non-exhaustive list of product listings (ASINs) associated with Plaintiff's storefronts that were affected by Defendant's Amazon IP complaints, including but not limited to those identified below:

| No. | Storefront | ASIN |
|---|---|---|
| 1 | Bisenkud | B0D73D2V6J |
| 2 | Bisenkud | B0DC9KPCNN |
| 3 | Bisenkud | B0DXK74TN6 |
| 4 | Bisenkud | B0G1LMK6VL |
| 5 | Bisenkud | B0DXJQW3GB |
| 6 | Bisenkud | B0DC9NWSTJ |
| 7 | Bisenkud | B0D73DTT34 |
| 8 | XUNWUKUN-US | B0D2GTQYQZ |
| 9 | XUNWUKUN-US | B0DCFMSSL8 |
| 10 | XUNWUKUN-US | B0DQKV3NWQ |
| 11 | XUNWUKUN-US | B0DQKW4VBK |
| 12 | XUNWUKUN-US | B0DQL1Q8C1 |
| 13 | XUNWUKUN-US | B0FRS7F6KG |
| 14 | XUNWUKUN-US | B0FRSB244V |